

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00015-CV

**IN THE INTEREST OF B.L.J.P.**, a Child

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 12-05-28687-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee, Bryan P., recover his costs of this appeal from appellant, Veronica G.

SIGNED October 8, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice